LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South * East Wing
Hackensack, NJ 07601
(201) 488-0544
Attorney for Defendant May Gru

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:09-cr-00118 |
| --- | --- | --- |
| Plaintiff, | : | CRIMINAL ACTION |
| v. | : | ORDER |
| MAYA GRU, | : | |
| Defendant. | : | |

THIS MATTER having been brought before the Court on application of defendant Maya Gru by her attorney Brian J. Neary, Esq., seeking the return of her passport; and for good cause shown,

**IT IS THIS** 23rd day of June, 2010;

**ORDERED** that the Passport surrendered by Maya Gru to Pretrial Services be hereby returned to her forthwith.

_____
HONORABLE SUSAN D. WIGETON, U.S.D.J.